**Juan C. Chavez**, OSB No. 136428
**Brittney Plesser**, OSB No. 154030
**Franz Bruggemeier**, OSB No. 163533
**Alex Meggitt**, OSB No. 174131
OREGON JUSTICE RESOURCE CENTER
P.O. Box 5248
Portland, OR 97208
Tel: (503) 944-2270
Fax: (971) 275-1839

**David F. Sugerman**, OSB No. 862984
**Nadia Dahab**, OSB No. 125630
SUGERMAN LAW OFFICE
707 SW Washington St. Ste. 600
Portland, OR 97205
Tel: (503) 228-6474
Fax: (503) 228-2556

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| PAUL MANEY; GARY CLIFT; GEORGE NULPH; THERON HALL; DAVID HART; MICAH RHODES; SHERYL LYNN SUBLET; individually, on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF OREGON; KATE BROWN, COLETTE PETERS; HEIDI STEWARD; MIKE GOWER; MARK NOOTH; ROB PERSSON; KEN JESKE; and PATRICK ALLEN,<br><br>Defendants. | Case No. 6:20-cv-00570-SB<br><br>PLAINTIFFS' MOTION TO WITHDRAW DECLARATION IN SUPPORT OF CLASS CERTIFICATION |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Plaintiffs certify that they conferred with counsel for Defendants on the issues raised in this motion.  Defendants do not oppose the motion.

## MOTION

Plaintiffs respectfully request leave to withdraw and have the Court strike docket number 218, the Declaration of Jason Beaver in Support of Motion to Certify Damages and Wrongful Death Classes.  Counsel recently became aware that there is an error contained in the declaration. Plaintiffs do not intend to rely on the declaration to support their motion for class certification.

DATED this 21st day of May, 2021.

Respectfully submitted,

**Juan C. Chavez**, OSB No. 136428
**Brittney Plesser**, OSB No. 154030
**Franz Bruggemeier**, OSB No. 163533
**Alex Meggitt**, OSB No. 174131
OREGON JUSTICE RESOURCE CENTER
P.O. Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

/s/ Nadia H. Dahab
**David F. Sugerman**, OSB No. 862984
**Nadia Dahab**, OSB No. 125630
SUGERMAN LAW OFFICE
707 SW Washington St Ste 600
Portland, OR 97205
Telephone: 503-228-6474
Facsimile: 503-228-2556

1 – PLAINTIFFS' MOTION TO WITHDRAW DECLARATION IN SUPPORT OF CLASS CERTIFICATION