Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole A.W. Abercrombie, OSB No. 144581
nabercrombie@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

*Attorneys for Defendant Patrick Allen,
in his individual capacity only*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PAUL MANEY; GARY CLIFT; GEORGE NULPH; THERON HALL; DAVID HART; SHERYL LYNN SUBLET; and FELISHIA RAMIREZ, personal representative for the ESTATE OF JUAN TRISTAN, *individually, on behalf of a class of other similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF OREGON; KATE BROWN; COLETTE PETERS; HEIDI STEWARD; MIKE GOWER; MARK NOOTH; ROB PERSSON; KEN JESKE; PATRICK ALLEN; JOE BUGHER; and GARRY RUSSELL, <br><br> Defendants. | Civil Case No. 6:20-cv-00570-SB <br><br> **DEFENDANT PATRICK ALLEN'S NOTICE OF APPEAL** |

Notice is hereby given that defendant Patrick Allen, in his individual capacity, in the above-named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's February 8, 2022 Opinion and Order (ECF No. 350) (the "Order") denying his Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 281) based on immunity from suit and liability under the Public Readiness and Emergency Preparedness Act, 42 U.S.C. § 247d-6d (the "PREP Act"). Interlocutory review of this order is provided for as a matter of right under the collateral order doctrine.[1]

A representation statement is attached hereto pursuant to 9th Cir. R. 3-2.

DATED: March 9, 2022.

                CABLE HUSTON LLP

                By: s/ Jon W. Monson
                    Jon W. Monson, OSB No. 102650
                    jmonson@cablehuston.com
                    Nicole A.W. Abercrombie, OSB No. 144581
                    nabercrombie@cablehuston.com
                    1455 SW Broadway, Suite 1500
                    Portland, OR 97201-3412
                    Telephone: (503) 224-3092

                    *Attorneys for Defendant Patrick Allen,*
                    *in his individual capacity only*

---

[1] Defendant Allen could also appeal the Order as a matter of right to the Circuit Court of Appeals for the District of Columbia under 42 U.S.C. § 247d-6d(e)(10), which states: "The United States Court of Appeals for the District of Columbia Circuit shall have jurisdiction of an interlocutory appeal by a covered person taken within 30 days of an order denying a motion to dismiss or a motion for summary judgment based on an assertion of the immunity from suit conferred by subsection (a) [of the PREP Act.]." The D.C. Circuit is currently considering whether § 247d-6d(e)(10) confers jurisdiction on the D.C. Circuit to review interlocutory appeals of district court orders denying a motion to dismiss based on PREP Act immunity—including orders by district courts outside the D.C. Circuit. *See, e.g.*, *Cannon v. Watermark Ret. Cmties., Inc.*, D.C. Circuit Case No. 21-7067 (scheduled for oral argument on Apr. 28, 2022); *Beaty v. Fair Acres Geriatric Ctr.*, D.C. Circuit Case No. 21-7096 (same). Defendant Allen reserves the right to seek a transfer of this appeal to the D.C. Circuit under § 247d-6d(e)(10).

Page 2 – DEFENDANT PATRICK ALLEN'S NOTICE OF APPEAL

# REPRESENTATION STATEMENT

Pursuant to 9th Cir. R. 3-2, I hereby provide the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant-Appellant Patrick Allen, in his individual capacity only | Jon W. Monson<br>Nicole A.W. Abercrombie<br>CABLE HUSTON LLP<br>1455 SW Broadway, Suite 1500<br>Portland, OR 97201-3412<br>Tel: (503) 224-3092<br>Fax: (503) 224-3176<br>jmonson@cablehuston.com<br>nabercrombie@cablehuston.com |
| Plaintiffs-Appellees Paul Maney, Gary Clift, George Nulph, Theron Hall, David Hart, Sheryl Lynn Sublet, and Felisha Ramirez, personal representative for the Estate of Juan Tristan, individually, and on behalf of a putative class of other similarly situated | Juan C. Chavez<br>Brittney Plesser<br>Franz Bruggemeier<br>Alex Meggitt<br>Benjamin Haile<br>OREGON JUSTICE RESOURCE CENTER<br>P.O. Box 5248<br>Portland, OR 97208<br>Tel: (503) 944-2270<br>Fax: (971) 275-1839<br>jchavez@ojrc.info<br>bplesser@oregoninnocence.info<br>fbruggemeier@ojrc.info<br>alex.meggitt@gmail.com<br>attorneyhaile@gmail.com<br><br>David F. Sugerman<br>Nadia H. Dahab<br>SUGERMAN DAHAB<br>707 SW Washington St. Ste. 600<br>Portland, OR 97205<br>Tel: (503) 228-6474<br>Fax: (503) 228-2556<br>david@sugermandahab.com<br>nadia@sugermandahab.com |

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendants State of Oregon, Kate Brown, Colette Peters, Heidi Steward, Mike Gower, Mark Nooth, Rob Persson, Ken Jeske, Patrick Allen, in his official capacity, Joe Bugher, and Garry Russell | Kerry J. Shepherd<br>Molly K. Honoré<br>Robert Kyle Busse<br>Jermaine F. Brown<br>MARKOWITZ HERBOLD PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br>Telephone: (503) 295-3085<br>Fax: (503) 323-9105<br>KerryShepherd@MarkowitzHerbold.com<br>MollyHonore@MarkowitzHerbold.com<br>KyleBusse@MarkowitzHerbold.com<br>JermaineBrown@MarkowitzHerbold.com<br><br>Tracy Ickes White<br>OREGON DEPARTMENT OF JUSTICE<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Tel: (503) 947-4700<br>Fax: (503) 947-4791<br>tracy.i.white@doj.state.or.us |
| *Amicus Curiae* M.D. Joseph Goldenson, D.O. Michael Puisis, and M.D. Robert Cohen | Shannon Lea Armstrong<br>Kristin M. Asai<br>HOLLAND & KNIGHT LLP<br>601 SW Second Ave Ste 1800<br>Portland OR 97204<br>Tel: (503) 517-2924<br>Fax: (503) 241-8014<br>shannon.armstrong@hklaw.com<br>kristin.asai@hklaw.com<br><br>Joseph Bial<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>2001 K Street, NW<br>Washington D.C., DC 20006-1047<br>Tel: (202) 223-7300<br>jbial@paulweiss.com |