IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL MANEY; GARY CLIFT; GEORGE NULPH; THERON HALL; DAVID HART; SHERYL LYNN SUBLET, and FELISHIA RAMIREZ, a personal representative for the ESTATE OF JUAN TRISTAN, individually, on behalf of a class of others similarly situated, | Case No. 6:20-cv-00570-SB<br><br>**JUDGMENT** |
| Plaintiffs, | |
| v. | |
| STATE OF OREGON; KATE BROWN; COLETTE PETERS; HEIDI STEWARD; MIKE GOWER; MARK NOOTH; ROB PERSSON; KEN JESKE; PATRICK ALLEN; JOE BUGHER; and GARRY RUSSELL, | |
| Defendants. | |

Based on the parties' stipulation of dismissal (ECF No. 628) and because there is no just reason for delay, the Court DISMISSES Plaintiffs' claims against Defendant Patrick Allen with prejudice and without an award of fees or costs to any party.

DATED this 20th day of March, 2024.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – JUDGMENT