Stacie F. Beckerman
United States Magistrate Judge
United States District Court
1000 SW 3rd Avenue
Portland, OR 97204

06/29/2026

Re:    *Maney, et al.*, v. *Brown,*
        USDC Case No. 6:20-cv-00570-SB
        Class Action Settlement.

Dear Honorable Beckerman:

My Name is Ricardo Constantino Lopez, I am a member of the *Maney* Class Action Lawsuit, captioned above. Recently, I have been informed from outside resources, that Class counsels have potentially reached a settlement agreement for approximately $ 49. Million. My understanding is, that the 'Death Class' will received roughly $33.1 Million that will equate to approximately $871,000 per death. And, the rest of the approximately 5,000 prisoners, including myself, will receive roughly $15.9 Million that will equate to approximately $1,000-41,000 per individual depending on severity of infection.

Additionally, it is also my understanding that these figures are pre-attorney fee deduction numbers. Thus, the figure, especially in regards to the 'non-death class' will be significantly less after such deductions for attorney fees.

Either way you look at it, apparently, those of us who became very sick, have long-term Covid-19 symptoms and/or were even hospitalized and on death-s door, our lives are not worth even 10% of the individual death class member lives simply because we survived.

Page 1 of 3  OBJECTION TO SETTLEMENT CASE NO. 6:20-CV-00570-SB

Ricardo Constantino~Lopez S.I.D. #22700113

Furthermore, I have even seen other Covid-19 Lawsuit-Settle with figures $2,000-5,000 per individual for just being infected without any symptoms. And, them, exceeding up from there depending on severity of infection. Compare settlements in Washington, Arizona, Colorado, Detroit and New York just to name a few. And, these individuals received their compensation years ago, because their states did not fight against the injustice all the way to the Supreme Court of the United States trying to overturn two landmark decisions out of this District Court, itself, and the 9th Circuit Court of Appeals.

Put a different way, and just being honest here, the Defendants were losing and this case was headed for trial. A trial that would be taking place in the middle of one of the most liberal cities in the United States. Simply put, I do not think that Class counsel would have had any difficulties in convening a sympathetic jury pool. To be honest, this case should have settled for 3 or 4 times the amount, period. For example, this Court may remember the Defendant's remarks when this case first sought class certification? The defendants stated in their rebuttal, that the deaths alone could range over $20, Million per death.

So, with that being said, the current settlement figures should be unacceptable. At least, as applied to the non-death class. The lives of the non-death class should be worth at least 10 % of these whom died, yes/no? why should my suffering be of so little value?

Finally, it is my understanding that this Honorable Court granted counsel in this case class certification based on counsel's oath to represent the best interest of all class members and not just those of the death class. The current settlement structure makes it obvious that class counsel's main focus and interests were that of the non-death class.

Page 2 of 3  OBJECTION TO SETTLEMENT CASE NO. 6:20-CV-00570-SB

Ricardo Constantino~Lopez S.I.D. #22700113

Therefore, and for all the reason(s) stated above, I disagree and object full-heartedly to the settlement in regards to the non-death class payout. As such, I would humbly ask this Honorable Court to take these factors into consideration and order all parties to reevaluate, in the very least, the non-deaths portion of the settlement agreement to bring it more in line and on equal footing to the death class portion of the settlement. Just to clarify such, I believe that the judgment pertaining to the non-death class, should have a floor starting at 1 % of the individual death-class some ($8,710), with a top-end of 10-30 % of the individual death class some ($87,100-261,300). Thank you for your attention to this matter!

Sincerely,

Ricardo Constantino Lopez
S.I.D. #22700113
Two Rivers Corr. Inst.
82911 Beach Access Road.
Umatilla, OR. 97882

Page 3 of 3    OBJECTION TO SETTLEMENT CASE NO. 6:20-CV-00570-SB

Ricardo Constantino~Lopez S.I.D. #22700113

## CERTIFICATE OF DOCUMENT PREPARATION AND SERVICE

### CASE: *Maney,* et al., v. *Brown*

### USDC Case No. 6:20-cv-00570-SB

### Class Action Settlement

**COMES NOW,** Constantino Lopez, Ricardo, do hereby certifies that on the 29th day of June, 2026, I personally gave Two Rivers Correctional Institution's e-filing service a true original of the following documents:

**1)** Objection to Settlement Covid-19                  3 pages

**2)** Certificated of Service                            1 page

**DATED** this 29th day of June, 2026.

Respectfully Submitted By:

Ricardo Constantino Lopez,
S.I.D.#22700113
Two Rivers Corr. Inst.
82911 Beach Access Rd.
Umatilla, OR 97882.

*cc*: *File.*

**Page 1 of 1 – Certificate of Document Preparation and Service**