# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| PAUL MANEY; GARY CLIFT; GEORGE NULPH; THERON HALL; DAVID HART; MICAH RHODES; and SHERYL LYNN SUBLET, individually, on behalf of a class of others similarly situated,<br>PLAINTIFFS<br><br>v.<br><br>KATE BROWN, COLETTE PETERS; HEIDI STEWARD; MIKE GOWER; MARK NOOTH; ROB PERSSON; and KEN JESKE DEFENDANTS | No. 6:20-cv-00570<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF FRED R. WEBB REGARDING CAFA MAILING |

## <u>DECLARATION REGARDING CAFA NOTICE</u>

I am a Case Coordinator at Verita Global ("Verita"). My business address is 1 McInnis Pkwy, Suite 250, San Rafael, California 94903. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

On July 2, 2026, I caused fifty-seven (57) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the U.S. Attorney General, the Attorneys General of individual states and the District of Columbia, and the five recognized U.S. Territories. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 2, 2026, in Louisville, Kentucky.

*Fred Webb*

Fred R. Webb

- 1 -