# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

September 10, 2026

Mr. Paul L. Smith, Esq.
Oregon Department of Justice
Appellate Division
1162 Court Street NE
Salem, OR 97301

Ms. Nadia Halima Dahab, Esq.
Sugerman Dahab
101 SW Main St., Suite 910
Portland, OR 97204

**Re: Oregon, et al.
v. Paul Maney, et al.
No. 25-960**

Dear Counsel:

Attached are certified copies of the joint request to dismiss the petition for a writ of certiorari, filed on June 30, 2026, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk - Judgments

Enc.

# Supreme Court of the United States

**No. 25-960**

**OREGON, ET AL.,**

Petitioners

*v.*

**PAUL MANEY, ET AL.**

(17 July 2026). The foregoing joint request of dismissal of the petition for a writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for a writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

**A true copy SCOTT S. HARRIS**
**-Test-**
**Clerk of the Supreme Court of the United States**
By: Danny Bickell

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States

By: Danny Bickell

Danny Bickell
Deputy Clerk

DAN RAYFIELD
Attorney General

BENJAMIN GUTMAN
Deputy Attorney General

Supreme Court, U.S.
FILED
JUN 30 2026
OFFICE OF THE CLERK

**DEPARTMENT OF JUSTICE**
APPELLATE DIVISION

June 30, 2026

Scott S. Harris
Clerk of the Court
Supreme Court of the United States
1 First St., NE
Washington, DC 20543

Re: *Oregon, et al v. Paul Maney, et al., 25-960*

Dear Mr. Harris,

Under Rule 46(1) of the Rules of this Court, petitioners and respondents jointly move to dismiss the petition for certiorari filed in the above-captioned case. The parties have reached a settlement agreement resolving the underlying class-action dispute, and the district court granted preliminary approval to that agreement on June 25, 2026. No fees are currently due to the Clerk in this matter, and each party will bear their own costs and fees related to this petition. The parties thus respectfully and jointly request that the Court dismiss the petition for a writ of certiorari.

Thank you for your time and assistance in this matter.

/s/ Robert A. Koch
ROBERT A. KOCH
robert.a.koch@doj.oregon.gov
Counsel for Petitioners

/s/ Nadia H. Dahab
NADIA H. DAHAB
nadia@sugermandahab.com
Counsel for Respondents

A true copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By: Danny Bickell

cc: Nadia Dahab, counsel for respondents

RECEIVED
JUL 10 2026
OFFICE OF THE CLERK
SUPREME COURT, U.S.